## NICHOLAS CECERE *v.* EBI INDEMNITY COMPANY
### (14207)

Foti, Lavery and Schaller, Js.

Argued November 29—decision released December 19, 1995

*Otto P. Witt,* for the appellant (plaintiff).

*Constance L. Epstein,* with whom, on the brief, was *Matthew D. Gilmond,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.